**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 28 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
BLUME ENTERPRISES, LLC,

        Plaintiff,

  - against -

1706 ENY CORP.,

        Defendant.
------------------------------------------------------- x

**ORDER**

17 CV 4382 (RJD) (ST)

DEARIE, District Judge

I adopt Magistrate Judge Tiscione's Recommendation in full, having received no objections and having reviewed the Report and Recommendation dated August 30, 2018. The motion for default judgment is granted. Accordingly, the Clerk is directed to enter judgment, including the referee fee.

SO ORDERED.

Dated: Brooklyn, New York

      September 26, 2018

s/ RJD
_____
RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE